IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEFINE RIVERA**, Individually and on Behalf of a Class of Similarly Situated Persons,<br><br>*Plaintiff,*<br><br>v.<br><br>**PROGRESSIVE ADVANCED INSURANCE COMPANY,**<br><br>*Defendant.* | **Case No. 2:24-cv-00462-JDW** |

### ORDER

**AND NOW**, this 8th day of February, 2024, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear her or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.